Michael R. ATRAQCHI and Irene
S. Atraqchi, Appellants

v.

WAL–MART STORES, INC.,
et al., Appellees.

No. 04–7152.

United States Court of Appeals,
District of Columbia Circuit.

July 1, 2005.

Michael R. Atraqchi, Washington, DC, pro se.

Irene S. Atraqchi, Washington, DC, pro se.

Francis Joseph Nealon, Jeffrey William Larroca, Ballard Spahr Andrews & Ingersoll, LLP, Washington, DC, for Appellees.

Before ROGERS, TATEL, and ROBERTS, Circuit Judges.

*JUDGMENT*

PER CURIAM

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

ORDERED AND ADJUDGED that the judgment of the district court be affirmed. Appellants failed to fulfill their burden of establishing that the district court had personal jurisdiction over the appellees. *See Reuber v. United States,* 787 F.2d 599, 599 (D.C.Cir.1986).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.